Opinion filed September 13, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed September 13, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00220-CR 

                                                    __________

 

                              NATHANIEL
KENT WALKER, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS,
Appellee

 



 

                                        On
Appeal from the 252nd District Court

 

                                                       Jefferson
 County, Texas

 

                                                    Trial
Court Cause No. 93406

 



 

                                                                   O
P I N I O N

Nathaniel Kent Walker has filed in this court a
motion to dismiss his appeal.  The motion
is signed by both appellant and his counsel. 
The motion is granted, and the appeal is dismissed.

 

PER CURIAM

September 13, 2007

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.